1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARITA AMADOR HERNANDEZ,

                  Petitioner,

    v.

ERNESTO SANTACRUZ JR., et al.,

                Respondents.

Case No. 5:26-cv-00741-PD

**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**

      Margarita Amador Hernandez ("Petitioner") filed a counseled Petition for Writ of Habeas Corpus seeking release from Respondents' custody at the Adelanto ICE Processing Center in Adelanto, California, unless Respondents provide a bond hearing under 8 U.S.C. § 1226(a).  Dkt. No. 1.  The Court has considered the relevant pleadings and argument of counsel at the hearing on March 12, 2026.

## I.    Background

      Petitioner alleges in her Petition that she is a citizen of Mexico who entered the United States in May 2023 seeking refuge from an abusive spouse, and that she lives in Los Angeles.  Dkt. No. 1 ¶¶ 43–44.  On

1
2
3

November 4, 2025, Petitioner was arrested without a warrant while standing at a bus stop and then detained at the Adelanto ICE Processing Center. *Id.* ¶ 45.

4
5
6
7
8

On January 22, 2026, Petitioner requested a Custody and Bond Redetermination hearing before an immigration judge. *Id.* ¶ 50. On February 3, 2026, the immigration judge stated that the court lacked jurisdiction to conduct a custody and bond redetermination hearing. Consequently, Petitioner withdrew the redetermination request without prejudice. *Id.*

9
10

## II.   Discussion

11
12
13
14

The Petition asserts three claims for relief, arguing that Petitioner's detention without a bond hearing violates: (1) 8 U.S.C. § 1226(a); (2) due process; and (3) the Administrative Procedure Act ("APA"). Dkt. No. 1 at 12–13.

15
16
17
18
19
20
21
22

Petitioner asserts she is part of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal.) (*Bautista*), and thus subject to the declaratory judgment in that case that Bond Eligible Class members are detained under 8 U.S.C. § 1226(a) and consequently may not be denied consideration for release on bond under § 1225(b)(2). Dkt. No. 1 ¶¶ 1–2, 40–42. Petitioner seeks a writ of habeas corpus requiring Respondents to provide her with a custody redetermination and bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days or, alternatively, to release her. *See id.* at 14.

23
24
25

Respondents agree that Petitioner is a member of the Bond Eligible Class certified in *Bautista* and acknowledge that Petitioner may receive a § 1226(a) bond hearing. Answer, Dkt. No. 9 at 2.

26
27
28

The Court finds that, consistent with the Final Judgment in *Bautista*, Petitioner is entitled to an individualized bond hearing under 8 U.S.C. § 1226(a). *See Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL

3713987 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).

### III.  Order

For the foregoing reasons, the Petition is GRANTED as to the first claim under 8 U.S.C. § 1226(a) and the relief stated in paragraph 59 of the Petition.  *See* Dkt. No. 1 ¶ 59.  The remaining two claims for relief under due process and the Administrative Procedures Act are dismissed without prejudice.

Further, the Court ORDERS that Respondents shall provide Petitioner with a custody redetermination and bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) business days of the date of this Order.

IT IS SO ORDERED.

DATED: March 12, 2026

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3