JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARGARITA AMADOR HERNANDEZ, | Case No. 5:26-cv-00741-PD |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| ERNESTO SANTACRUZ, JR., et al., | |
| Respondents. | |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to the first claim under 8 U.S.C. § 1226(a).  The remaining two claims for relief under due process and the APA are dismissed without prejudice.

DATED: March 12, 2026

_Patricia Donahue_

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE